JTW 12.16.19
PCM/JWS USAO#2019R00557

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 DEC 19 PM 4:43

CLERK'S OFFICE
AT BALTIMORE

BY ___LP___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PHILLIP MORTON,** <br> a/k/a "Phil", <br> **DIAMANTE TEAL,** <br> a/k/a "DJ", <br> a/k/a "Lor Dee", <br> **WILLIAM STEWART, 3rd,** <br> a/k/a "Will", <br> a/k/a "Bam", <br><br> **Defendants.** | Criminal No: SAG-19-0610 <br><br> (Conspiracy to Participate in a Hobbs Act Robbery, 18 U.S.C. § 1951; Interference with Commerce by Robbery, 18 U.S.C. § 1951; Conspiracy to Participate in Carjacking, 18 U.S.C. § 371; Carjacking 18 U.S.C. § 2119; Conspiracy to Brandish a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(o); Brandish a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c); Aiding & Abetting, 18 U.S.C. § 2) |

...ooOoo...

## INDICTMENT

### COUNT ONE
### (Conspiracy to Interfere with Commerce by Robbery (Hobbs Act Robbery))

The Grand Jury for the District of Maryland charges that:

### Introduction

1. The defendants **Phillip MORTON a/k/a "Phil" (MORTON); DIAMANTE TEAL a/k/a "DJ" and "Lor Dee" (TEAL); WILLIAM STEWART, 3rd, a/k/a "Will" and "Bam" (STEWART)** and others; were known as the 100 Gang.

2. The 100 Gang has been involved in several acts of violence. The 100 Gang operates primarily in the northeast part of Baltimore, Maryland.

3. Members and associates of the 100 Gang have participated in a number of

1

robberies, including commercial robberies and carjackings, in order to enrich themselves through either the proceeds of the businesses robbed, or the sale of, or the pawning of, personal property taken during the commercial robberies and carjackings.

4. Members and associates of the 100 Gang have also committed other criminal acts to include, but not limited to, acts involving murder, and aggravated assaults.

5. At all times relevant to this Indictment, the 100 Gang operated in the District of Maryland.

### Manner and Means of the Conspiracy

6. Among the manner and means by which the defendants and others conducted and participated in the conduct of the conspiracy were the following:

    a. Members and associates of the 100 Gang committed and caused to be committed commercial robberies, carjackings and street robberies for financial gain, and to intimidate others who would interfere with their conspiracy.

    b. Members and associates of the 100 Gang committed and caused to be committed attempted murders and murders to intimidate others who would interfere with their conspiracy and to gain a certain status in the community and on social media platforms.

    c. Members of the 100 Gang used the proceeds of the robberies to purchase firearms, to enrich themselves, and to further the activities of the organization, including further robberies.

    d. Members of the 100 Gang used vehicles they robbed from others in order to commit robberies and other acts of violence without fear of immediate detection.

    e. Members of the 100 Gang posted photographs, memes and other communications on social media platforms, bragging about their role in the conspiracy, and the

criminal activity they undertook as a member of the conspiracy.

    f.    It was further part of the conspiracy that the defendants and other members and associates of the 100 Gang agreed to purchase, maintain, and circulate weapons and firearms for use in criminal activity by 100 Gang members.

    g.    It was further part of the conspiracy that the defendants and other members and associates of the 100 Gang obtained, used, carried, possessed, brandished, and discharged firearms in connection with the conspiracy's illegal activities, including, but not limited to, murder and attempted murder.

    h.    It was further part of the conspiracy that the defendants and other members and associates of the 100 Gang managed the procurement, transfer, use, concealment, and disposal of firearms and dangerous weapons within the conspiracy to protect their personnel, reputation, and operations, and to deter, eliminate, and retaliate against competitors, rival criminal organizations, and persons.

    i.    It was further part of the conspiracy that the defendants and other members and associates of the 100 Gang concealed and hid, and caused to be concealed and hidden, the purposes of the acts done in furtherance of the conspiracy, and used coded language and other means to avoid detection and apprehension by law enforcement and otherwise to provide security to members and associates of the conspiracy.

**The Conspiracy to Interfere with Commerce by Robbery (Hobbs Act Robbery)**

7.    At all times relevant to this Indictment, Baltimore's Best Wings located at 1405 E. Cold Spring Avenue, Baltimore, 21239 ("Best Wings") was a business engaged in interstate commerce.

8.    At all times relevant to this Indictment, Domino's Pizza, located at 200 York Road,

Baltimore, 21204 ("Domino's") was a business engaged in interstate commerce.

9. From a time unknown, but no later than in or about January 2019, and continuing through on or about September 2019, in the District of Maryland and elsewhere, the defendants,

**PHILLIP MORTON,
DIAMANTE TEAL, and
WILLIAM STEWART, 3rd,**

did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants agreed to take and obtain money and property from the person and presence of an employee of Best Wing's and Domino's against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee by threatening serious physical injury and death to said employee.

### Overt Acts

10. On or about June 17, 2019, in or near the 5600 block of Woodmont Road in Baltimore City, Maryland, **MORTON** and at least one other co-conspirator did rob P.B., working as a pizza delivery man for Dominos. **MORTON** and the co-conspirator robbed P.B. of the business's proceeds and did take P.B.'s motor vehicle.

11. On or about June 17, 2019, in or near the 1400 block of E. Cold Spring Avenue, in Baltimore City, Maryland, **MORTON** and **TEAL** did rob a commercial establishment, Baltimore's Best Wings, and steal the business's proceeds.

18 U.S.C. § 1951(a)

## COUNT TWO
## (Conspiracy to Commit Carjacking)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of paragraphs one through six of Count One are incorporated by reference as if fully restated herein.

2. From a time unknown, but no later than in or about January 2019, and continuing through September 2019, in the District of Maryland and elsewhere, the defendants,

**PHILLIP MORTON,
DIAMANTE TEAL, and
WILLIAM STEWART, 3rd,**

did knowingly combine, conspire, confederate, and agree with persons known and unknown, by force, violence, and intimidation, and with the intent to cause death, take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, in violation of 18 U.S.C. § 2119.

### Overt Acts

3. On or about July 2, 2019, in the 2300 block of E. Northern Parkway in Baltimore City, Maryland, **MORTON, STEWART**, and at least one other co-conspirator did rob T.C. of his motor vehicle.

4. On or about July 2, 2019, in the 5300 block of Loch Raven Avenue in Baltimore City, Maryland, **MORTON, STEWART**, and at least one other co-conspirator did rob S.R. of his motor vehicle.

5. On or about July 2, 2019, in the 1600 block of Heathfield Road in Baltimore City, Maryland, **MORTON, STEWART**, and at least one other co-conspirator did rob A.M. of his motor vehicle.

18 U.S.C. § 371

## COUNT THREE
### (Conspiracy to Use and Carry a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of paragraphs one through six of Count One are incorporated by reference as if fully restated herein.

2. From a time unknown, but no later than in or about January 2019, and continuing through September 2019, in the District of Maryland, the defendants,

**PHILLIP MORTON,
DIAMANTE TEAL, and
WILLIAM STEWART, 3rd,**

did conspire with persons known and unknown to use and carry firearms during and in relation to crimes of violence for which they may be prosecuted in a court of the United States, that is, Carjacking and Interference with Commerce by Robbery.

18 U.S.C. § 924(o)
18 U.S.C. § 2119
18 U.S.C. § 1951(a)

## COUNT FOUR
### (Interference with Commerce by Robbery (Hobbs Act Robbery))

The Grand Jury for the District of Maryland further charges that:

1. The allegations of paragraph 7 of Count One are incorporated by reference as if fully restated herein.

2. On or about June 17, 2019, in the District of Maryland, the defendants,

**PHILLIP MORTON,**
a/k/a "Phil", and
**DIAMANTE TEAL,**
a/k/a "DJ",
a/k/a "Lor Dee",

did knowingly obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants unlawfully did take and obtain money and property from the person and presence of an employee at Baltimore Best Wings against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee by threatening serious physical injury and death to said employee.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT FIVE
### (Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about June 17, 2019, in the District of Maryland, the defendants,

**PHILLIP MORTON,**
a/k/a "Phil", and
**DIAMANTE TEAL,**
a/k/a "DJ",
a/k/a "Lor Dee",

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery (Hobbs Act robbery), as charged in Count Four of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

## COUNT SIX
### (Carjacking)

The Grand Jury for the District of Maryland further charges that:

On or about July 2, 2019, in the District of Maryland, the defendants,

**PHILLIP MORTON,**
a/k/a "Phil", and
**WILLIAM STEWART, 3rd,**
a/k/a "Will",
a/k/a "Bam",

by force, violence, and intimidation, and with the intent to cause death, did take from the person, S.R., and in the presence of S.R. a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit: a 2013 Buick Verano bearing Maryland tag number 2645MS.

18 U.S.C. § 2119(1)
18 U.S.C. § 2

## COUNT SEVEN
### (Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about July 2, 2019, in the District of Maryland, the defendants,

**PHILLIP MORTON,**
a/k/a "Phil", and
**WILLIAM STEWART, 3rd,**
a/k/a "Will",
a/k/a "Bam",

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, as charged in Count Six of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

                                                         Respectfully submitted,

                                                         _Robert K. Hur_ /pm
                                                         ROBERT K. HUR
                                                         UNITED STATES ATTORNEY

A TRUE BILL:

__SIGNATURE REDACTED__                           12/19/19

FOREPERSON                                                     DATE